UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHELLE HUDSON,

                Petitioner,

    -against-

PEOPLE OF THE STATE OF NEW YORK,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
07-CV-1327 (CBA)

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on October 10, 2007, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
          October 30, 2007

          s/ RCH
          ROBERT C. HEINEMANN
          Clerk of Court